UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4:25-cr-0399 |
| | § | |
| RAUL ANTONIO CLAROS SARMIENTO | § | |

UNITED STATES OF AMERICA'S
RESPONSE TO RAUL ANTONIO CLAROS SARMIENTO'S
OPPOSED MOTON TO SUBSTITUE COUNSEL

The United States of America ("Government") files this response to Raul Antonio Claros Sarmiento's motion to substitute counsel.

1.

On July 1, 2025, U.S. Magistrate Judge Peter Bray appointed counsel Javier Martinez to represent defendant Peter Davila Nuňez ("Davila"). D.E. 14.

2.

On July 1, 2025, U.S. Magistrate Judge Peter Bray appointed counsel Stephen Touchstone to represent defendant Raul Antonio Claros Sarmiento ("Claros"). D.E. 7.

3.

On July 28, 2025, counsel Javier Martinez filed an opposed motion to substitute as counsel for defendant Claros. D.E. 101.

4.

The Government opposed the motion to substitute counsel because it believes that counsel Javier Martinez's representation of defendant Davila and defendant Claros creates a "potential" conflict of interest.

1

5.

Since counsel Javier Martinez indicates in his motion that both defendants Davila and Claros are willing to waive their right to conflict free counsel, the Government is requesting that the Court hold a hearing to inquire into the propriety of the joint representation pursuant to Federal Criminal Proc. Rule 44(c)(2). At said hearing, the Government requests that the Court advise defendants Davila and Claros of the perils of multiple representation and determine whether their respective waivers are being made knowingly and voluntarily.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

*s/ Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney
Texas Bar No. 00966600
Federal I.D. No. 12590
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000 (office)
713-567-9487 (direct)

*s/ Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney
New Jersey State Bar No. 043362000
Federal Bar No. 915752
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000 (office)

713-567-9798 (direct)

CERTIFICATE OF SERVICE

On July 29, 2025, the Government filed this response via ECF and served counsel of record.

*s/ Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney

*s/ Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney