UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                  Case Number: 4:25−cr−00399

Raul Antonio Claros Sarmiento
Peter Davila Nunez

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 8/6/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   July 30, 2025

                                                                                         Nathan Ochsner, Clerk