IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § | Case No. 4:25−cr-00399 |
| v. | | |
| RAMIREZ-CORREA, et al, | | |
| *Defendants.* | | |

**INDEX OF EXHIBITS**
**MOTION FOR RECONSIDERATION OF DETENTION**

Ex. 1 – Transcript Detention Hearing

Ex. 2 – Asylum Appointment Notice

Ex. 3 – Country Reports on Human Rights Practices for 2024, U.S. Department of State

Ex. 4 – U.S. State Dept. Press Release Re: Nicolas Maduro.

Ex. 5 – U.S. DHS Victim Notification Program

Ex. 7 – Certificates of Completion

Ex. 6 – Certificate No disciplinary incidents

Ex. 8 – Employment Verification Letter XosCom

Ex. 9 – Employment Verification Letter J&B

Ex. 10 – Statement by Alba Castro

Ex. 11 – Statement by Brother Enyeer

Ex. 12 – Statement by Mom – Maria Anglica

Ex. 13 – Venezuela Criminal Record Certificate

Ex. 14 – Statement by Gilberto Aguirre