United States District Court
Southern District of Texas
**ENTERED**
October 31, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| V. § | CRIMINAL NO. H-25-399 (09) |
| § | |
| EMBEER GUTIERREZ TERNAWSKY § § | |

### REPORT AND RECOMMENDATION

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Embeer Gutierrez Ternawsky, the defendant in this action. On October 30, 2025, Defendant Ternawsky appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to Count 6 of the Indictment, which charges him with conspiracy to possess with intent to distribute a controlled substance (at least 5 kilograms of cocaine), in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A).

Ternawsky consented in writing to plead guilty before a United States Magistrate Judge. After conducting the proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Ternawsky, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence

1

       by Senior United States District Judge Lee H. Rosenthal.

2. Ternawsky is fully competent and capable of entering an informed plea.

3. Ternawsky is aware of the nature of the charges, the minimum and maximum punishment range and other penalties that may be imposed at sentencing.

4. Ternawsky understands his constitutional and statutory rights and wishes to waive those rights.

5. Ternawsky understands that the sentencing judge is not bound by any recommendation on sentencing made by either counsel for the government or counsel for the defendant, and that if a recommendation on sentencing is not followed by the sentencing judge, he may not withdraw his plea of guilty.

6. Ternawsky's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 6 of the Indictment.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of Embeer Gutierrez Ternawsky to Count 6 of the Indictment be accepted by the court and that Embeer Gutierrez Ternawsky be adjudged guilty of the offenses alleged in Count 6 of the Indictment.

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the receipt thereof to file written objections thereto pursuant to General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

SIGNED at Houston, Texas, this 30 day of October, 2025.

*[signature: Peter Bray]*

Peter Bray
United States Magistrate Judge