2/17/2026

United States District Court
Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED
FEB 17 2026
Nathan Ochsner, Clerk of Court

United States of America,

vs.                                    Criminal No: 4:25CR399-2

Cesar Cabezas

## MOTION FOR SPEEDY TRIAL (18 USC § 3161)

I, Cesar Cabezas, The defendant, respectfully move this honorable court for a Speedy Trial, pursuant to the Sixth Amendment to the United States Constitution and the Speedy Trial Act of 1974, 18 U.S.C 3161, and in support state as follows:

(i) I, the defendant, was arrested and made an initial appearance on June 27, 2025.

(ii) I, the defendant, have not knowingly or voluntarily waived the Right to a Speedy Trial under the Sixth Amendment or the Speedy Trial Act.

Pursuant to 18 U.S.C 3161(c)(1), Trial must commence within 70 days of the filling of the indictment or the defendant's first appearance before a judicial officer, whichever occurs later, excluding any time properly excludable under 3161(h).

I, the defendant, hereby formally assert and invoke the Right to a Speedy Trial and object to any unnecessary delays and do not consent to continuances.

2/11/2026

Continued delay would Prejudice me, including but not limited to Impairment of the Defense, Anxiety, Concern and prolonged Restrictions on Liberty.

WHEREFORE, I the defendant, respectfully request that this honorable court:

A) Set this matter for trial within the time limits required by the Speedy Trial Act.

B) Exclude only such time as is strictly permitted by Statue, and

C) Grant such other and further relief as the court deems Just and Proper.

CC: Sam S. Sheldon  
United States Magistrate Judge  
515 Rusk Avenue  
Houston, TX 77002

Respectfully Submitted,

, Reg #93151-511  
Federal Detention Center - Houston  
P.O. Box 526255 Houston, TX 77052

Certificate of Service:  
I hereby certify that on this _____, I caused a true and correct copy of the foregoing Motion for Speedy Trial to be served upon the United States Attorney for the Southern District of Texas by Mail.

CC: Alfred H. Bennett  
515 Rusk Avenue  
Houston, TX 77002

2/11/2026

## Motion to Suppress Statements

Defendant Cesar Cabezas respectfully moves this Court under the Federal Rule of Criminal Procedure 12(b)(3)(c) and the Fifth Amendment to the U.S. Constitution for an order suppressing any and all statements that he purportedly made to any and all agents during a custodial interrogation on June 26, 2025. Mr Cabezas further moves this Court for an evidentiary hearing on this motion.

§ 16.06 Dismissal of an Accusatory Instrument on the ground that the Supporting Evidence was illegally obtained

A motion to Dismiss Charges on the ground that evidence used to support the accusatory instrument was illegally obtained seeks more than the suppression of evidence. The Motion seeks the dismissal of Criminal Charges, Whether contained in an indictment, Complaint or information.

CC: Alfred H. Bennett
515 Rusk Avenue
Houston, TX 77002

Mr. Cesar Cabezas #93151-511
Federal Detention Center
P.O. Box 526255
Houston, TX 77052

Legal Mail

77002-260099

HOUSTON TX RPDC 773
12 FEB 2026 PM 2 L

United States Courts
Southern District of Texas
FILED

FEB 17 2026

Nathan Ochsner, Clerk of Court

Nathan Ochsner, Clerk
Bob Casey Federal Building
515 Rusk Avenue
Houston, TX 77002