## SENTENCE DATA SHEET

**DEFENDANT:** LUIS MIGUEL CLAROS SARMIENTO

**CRIMINAL NO:** 4:25-0399-14

**GUILTY PLEA:** Count Seven - Conspiracy to Possess with Intent to Distribute a Controlled Substance (at least 5 kilograms of cocaine,) - 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A).

**SUBSTANCE OF PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(B) the Defendant will plead guilty to Count Seven of the Superseding Indictment and waive his right to appeal and collaterally attack his conviction and sentence.

If the Court determines that Defendant qualifies for an adjustment under section 3E1.1(a) of the United States Sentencing Guidelines, and the offense level prior to operation of section 3E1.1(a) is 16 or greater, the United States will move under section 3E1.1(b) for an additional one-level reduction off his sentencing guideline offense level for the timeliness of his guilty plea.

**COUNT SEVEN:** Defendant did knowingly and intentionally conspire to possess with intent to distribute at 5 kilograms of cocaine, a Schedule II controlled substance - 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A).

**ELEMENTS:**

1) That the defendant and at least one other person, directly or indirectly, reached an agreement to possess a controlled substance with intent to distribute it;

2) That the defendant knew of the unlawful purpose of the agreement;

3) That the defendant joined in the agreement willfully, that is, with the intent to further its

unlawful purpose;

4)  That the overall scope of the conspiracy involved at least 5 kilograms of cocaine; and

5)  That the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 5 kilograms of cocaine.

**PENALTY:**  Not less than 10 years imprisonment up to imprisonment for life without probation, parole, or suspended sentence; a fine of up to $10 million; at least 5 years of Supervised Release, and a $100.00 Special Assessment.

**SENTENCING GUIDELINES:**  Advisory

**SUPERVISED RELEASE:**  At least five (5) years.

**SPECIAL ASSESSMENT:**  $100.00

**CITIZENSHIP:**  Venezuelan