UNITED STATES DIST. COURT
FOR THE SOUTHERN DIST. OF
TEXAS HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 27 2026

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA

VS.                    CAUSE NO. 4:25-cr-00399

Peter Dávila Nuñez

MOTION TO DISMISS
COUNSEL

TO THE HON. JUDGE OF SAID COURT. THE
DEFENDANT Peter Dávila Nuñez MAKES THIS MOTION
FOR APPOINTED COUNSEL David Adler        TO BE
DISMISSED. THE DEF. IS ENTITLED TO HIS SIXTH
AMENDMENT RIGHT TO EFFECTIVE REPRESENTATION
AND HE DOES NOT BELIEVE THAT THE APPOINTED
COUNSEL IS ACTING IN HIS BEST INTEREST. THE
ATTORNEY/CLIENT RELATIONSHIP IS OR HAS BEEN
IRRETRIEVABLY BROKEN WITH NO LIKELYHOOD OF
RECONCILIATION DUE TO A POSSIBLE CONFLICT OF
INTEREST. THE ATTORNEY DOES NOT SPEAK SPANISH
AND THE DEF. DOES NOT SPEAK ENGLISH. THE COURT
HAS APPOINTED A TRANSLATOR THAT DEF. COUNSEL
HAS FAILED TO UTILIZE. THE DEF. IS INDIGENT AND
UNABLE TO PAY FOR COMPETENT COUNSEL THEREFORE.

(1)

HE ASKS THIS COURT TO CONDUCT A HEARING OUTSIDE
THE PRESENCE OF THE PROSECUTOR TO DETERMINE IF NEW
COUNSEL SHOULD BE APPOINTED TO REPRESENT THE DEF.
INTEREST. THE DEF. APPRECIATES THE COURTS TIME AND
ANY AND ALL ASSISTANCE IN THIS MATTER.

SINCERELY,

04-22-2026                Peter Dávila Nuñez

Peter Dávila               JOE CORLEY DET. CENTER

#93152511                 500 HILBIG RD.

                          CONROE, TX 77301

(2)