United States Cou...
Southern District of Te...
FILED

APR 27 2026

Nathan Ochsner, Clerk of Court

BelBin:ismael:Lon
93153511
Federal Detention Center
P.O. Box 526255 Houston, Tx. 77052
Abril 21 2026
The Honorable: Lee Rosenthal
Sathern District of texas
* 515 Rusk st Houston, TX 77002
Re: pregunta sobre mi representacion Legal
* 4:25-CR-399-4
Respetado juez: Lee Rosenthal

Le escribo esta carta de UNA MANeRA respetuosA
para informar a la corte hacerca de mi
representacion legal en mi caso considero
que mi representante: despues que fuimos a la
corte hace 7 meces el mas NUNCA a sabido
de mi ni yo de el lo llamo y no me contesta
queria pedirle señor juez un canbio de
abogado ya que el que me hacinaron.
NUNCA me a traido UN paper sobre mi caso
y yo nose nada delo que esta pasando
con mi caso...
por esa razon, quisiera pedir de una forma
respetuosa quela corte me de la oportunidad
para presentarme y aclarar la situacion en
corte.
Gracias por su comprension con respeto,


BelBin: ismael: Leon
93153511

United States Court
Southern District of Texas
FILED

APR 27 2026

Nathan Ochsner, Clerk of Court

BeLBin: iSMAeL: Loń
93153511
Federal Detention Center
P.O. Box 526255 Houston, Tx. 77052
Abril 21 2026
The Honorable: Lee Rosenthal
Sathern District of texas
515 Busk st Houston, TX 77002
Re: pregunta sobre mi representacioń Legal
4:25-CR-399-4
Respetado Juez: Lee Rosenthal

Le escribo esta carta de UNA MANerA respetuosA
para informar a la corte hacerca de mi
representacioń Legal en mi caso considero
que mi representante: despues que fuimos ala
corte hace 7 Meees el mas nunca a sabido
de mi ni yo de el lo llamo y no me contesta
queria pedirle señor Juez un canbio de
abogado ya que el que me hacinaron..
Nunca me a traido un paper sobre mi caso
y yo nose nada delo que esta pasando
con mi caso...
por esa razon, quisiera pedir de una forma
respetuosA quela corte me de la oportunidad
para presentarme y aclarar la situacioń en
corte.
Gracias por su comprension con respeto,

Belbin Ismael Leon #93153511
Federal Detention Center
P.O. Box 526255
Houston Tx 77052

HOUSTON TX RPDC 773

24 APR 2026 PM 5 L

(Legal)

The Honorable: Lee Rosenthal

515 Rusk St.

Houston Tx 77002

United States Courts
Southern District of Texas
FILED

APR 27 2026

Nathan Ochsner, Clerk of Court

THIS CORRESPONDENCE IS FROM AN INMATE
IN CUSTODY OF THE BUREAU OF PRISONS

77002-260099