**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:25-cr-00399** |
| | § | |
| **RAUL CLAROS SARMIENTO** | § | |

---

**MOTION TO WITHDRAW**
**AND FOR APPOINTMENT OF NEW COUNSEL**

---

**TO THE HONORABLE LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE:**

Undersigned Counsel, Stephen E. Touchstone, moves to withdraw as attorney of record for Defendant, Raul Claros Sarmiento ("Sarmiento") and for the appointment of new counsel for Sarmiento and in support shows

**Background**

1. Defendant is charged in Counts 4 and 7 of the Indictment with: (4) Dealing in Firearms Without a License in violation of 18 U.S.C. § 922(a)(1)(A), 923(a)(1)(S) and 2; and (7) Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of Title 21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A).

2. Many of the other defendants have plead guilty.[1]

3. There is *no* current scheduling order or deadlines currently set. *See*, "Docket Text."

**Request to Withdraw and Appoint New Counsel**

4. Counsel was appointed pursuant to the CJA on or about July 1, 2025. Dkt. 7. Counsel then subsequently re-appointed on March 24, 2026. Dkt. 201.

---

5. Sarmiento terminated counsel's representation on July 20, 2026, no longer desires him to serve as his counsel and directed him to file this motion.

6. Sarmiento and counsel no longer have the ability to meaningfully communicate such that it precludes the ability to render effective assistance of counsel as guaranteed by the 6th Amendment to the U.S. Constitution.

7. Counsel believes that the appointment of new counsel is in the best interests of Sarmiento.

8. This motion is not for the purpose of delay, but so that Sarmiento may receive effective assistance of counsel and that justice may be done.

**CONCLUSION**

Undersigned Counsel, Stephen E. Touchstone, respectfully requests that the Court permit this motion, grant the relief requested, and permit his withdrawal as counsel for Sarmiento, and appoint new counsel to represent the Defendant pursuant to the CJA.

Respectfully submitted,

*/s/ Stephen E. Touchstone*

**Stephen E. Touchstone**
Texas Bar No. 24043273
5225 Katy Fwy., Ste. 420
Houston, Texas 77007
(281) 413-5673 - telephone
**ATTORNEY FOR DEFENDANT,**
**Raul Antonio Claros Sarmiento**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this motion was mailed to the Defendant at his place of confinement on September 4, 2026.

*/s/ Stephen E. Touchstone*
Stephen E. Touchstone