**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs.** | § | **CRIMINAL NO. 4:25CR399** |
| **Cesar Oskeiber Cabezas Pacheco,** | § | |
| **Archerlin Ismael Leon Bervin,** | | |
| **Raul Antonio Claros Sarmiento** | § | |

# UNOPPOSED JOINT MOTION TO CONTINUE

Defendants jointly move this Court to Continue the Pretrial and Trial settings and to issue a new Scheduling Order. In support of this motion defendants submit the following:

1) The current scheduling order is as follows: Pretrial Motion Filing due by 9/8/26, Responses due by 9/22/26, Pretrial Conference set 9/28/26 at 08:45 AM in Courtroom 11B, Jury Trial reset for 10/5/26 at 09:00 AM. Docket entry 312.

2) The parties are engaged in negotiations that hopefully will resolve the case short of trial.

3) Undersigned Counsel has conferred with counsel for Co-defendant Tom Berg, and he stated he is opposed to continuance. Undersigned counsel understands that there may be new counsel for defendant (10) Raul Antonio Claros Sarmiento.

4) The government is unopposed to this Motion to Continue.

Additional time will be beneficial to both the government and to the defendants. This motion is being made not for simple delay; rather, so the ends of justice will be served, and such continuance outweighs the best interests of the public and the defendant in a speedy trial.

WHEREFORE PREMISES CONSIDERED, it is requested the Pretrial and Trial be reset 90 days from the current settings and request a new scheduling order.

Respectfully,

Foreman, DeGeurin & DeGeurin

***/s/ George Michael DeGeurin, Jr***
George Michael DeGeurin, Jr
Foreman DeGeurin et al.
300 Main St. 3rd Floor
Houston, TX 77002
713-655-9000 (Telephone)
m2degeurin@fddlaw.net
ATTORNEY FOR DEFENDANT BERVIN

## CERTIFICATE OF SERVICE

A copy of the foregoing motion on counsel for all parties to this proceeding by electronic/ECF delivery on September 21, 2026.

***/s/ George Michael DeGeurin Jr.***
George Michael DeGeurin Jr.

## CERTIFICATE OF CONFERENCE

Defense counsel conferred with Assistant United States Attorney Anibal Alaniz, and he states the government is unopposed to this Motion.

***/s/ George Michael DeGeurin Jr.***
George Michael DeGeurin Jr.